Department # 5996  
P.O. Box 1259  
Oaks, PA 19456  

**ARS National Services, Inc.**  
P.O. Box 463023  
Escondido, CA 92046-3023  
(866) 519-3421  FAX: (866) 422-0765  
**www.PayARS.com**

Address Service Requested

December 4, 2014

New York City License: 2000745

BABETTE MILLER  
50A WAVECREST DR  
MASTIC BEACH NY 11951-1512

**ACCOUNT IDENTIFICATION**  
Re: Chase Bank U.S.A., N.A.  
Account: ************0449  
ARS Acct No: 30570458  
Balance: $6248.86

Dear Sir/Madam:

Please be advised that the above-referenced account has been placed with ARS for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Sincerely,

Clayton Fredricksen X1732  
Account Representative

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

(SEE REVERSE SIDE FOR IMPORTANT INFORMATION)



1 of 1                                                   BO100                                          7258 - 2132

We are required under certain Federal, State and Local laws to notify consumers of certain rights. This list does not contain a complete list of the rights for consumers under Federal, State, or Local laws.

## ADDITIONAL INFORMATION FOR CALIFORNIA RESIDENTS

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

## ADDITIONAL INFORMATION FOR COLORADO RESIDENTS

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/ca. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any action authorized by law to collect the debt. In state office: Colorado Manager Inc., 80 Garden Center, Suite 3, Broomfield, CO 80020, (303) 920-4763.

## ADDITIONAL INFORMATION FOR MAINE RESIDENTS

Please be advised that Western Union and MoneyGram may charge a fee for their payment services. General Office Hours: Monday - Friday, 8:30 a.m. - 5:00 p.m. (Pacific Time).

## ADDITIONAL INFORMATION FOR MASSACHUSETTS RESIDENTS

NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collection agency. General Office Hours: Monday - Friday, 8:30 a.m. - 5:00 p.m. (Pacific Time).

## ADDITIONAL INFORMATION FOR MINNESOTA RESIDENTS

THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE.

## ADDITIONAL INFORMATION FOR NEW YORK & NEW YORK CITY RESIDENTS

New York City Department of Consumer Affairs License numbers 2000745, 2000744, and 2000742.

## ADDITIONAL INFORMATION FOR NORTH CAROLINA RESIDENTS

ARS National Services Inc., 201 West Grand Ave., Escondido, CA 92025, Permit #'s 111956, 111957, and 111965.

## ADDITIONAL INFORMATION FOR TENNESSEE RESIDENTS

This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

## ADDITIONAL INFORMATION FOR WASHINGTON RESIDENTS

ARS National Services Inc., 201 W. Grand Ave., Escondido, CA 92025, License #601 722 831.