

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BABETTE MILLER

                        Plaintiff,

v.

ARS NATIONAL SERVICES, INC.

                        Defendant.

Civil No. 3:15-CV-934-L-WVG

**PRO HAC VICE APPLICATION**

ARS NATIONAL SERVICES, INC.
Party Represented

I, **RICHARD J. PERR** (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: FINEMAN KREKSTEIN & HARRIS, P.C.
Street address: BNY MELLON CENTER, 1735 MARKET STREET, SUITE 600
City, State, ZIP: PHILADELPHIA, PA 19103-7513
Phone number: 215-893-9300
Email: rperr@finemanlawfirm.com

That on 12/21/1994 (Date) I was admitted to practice before Pennsylvania Supreme Court (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☒ have) ☐ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

(If previous application made, complete the following)

Title of case ROSE FISHER V. ARS NATIONAL SERVICES, INC.
Case Number 3:14-CV-2875-BEN-BGS     Date of Application 6/3/2015
Application: ☒ Granted   ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

*(Signature of Applicant)*

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

JOANNE APUSEN     760-690-8705
(Name)            (Telephone)

ARS NATIONAL SERVICES, INC.
(Firm)

201 WEST GRAND AVENUE, ESCONDIDO, CA   92025
(Street)                        (City)     (Zip code)

*(Signature of Applicant)*

I hereby consent to the above designation.

*(Signature of Designee Attorney)*