**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
Email: *csanders@BarshaySanders.com*
*Attorneys for Plaintiff*
Our File No.: 108801

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABETTE  MILLER,<br>                    Plaintiff,<br><br>                vs.<br><br>ARS NATIONAL SERVICES, INC.,<br>                    Defendant. | Docket No: 3:15-cv-00934-L-WVG<br><br>**NOTICE OF SETTLEMENT** |

TO THE CLERK:

      PLEASE TAKE NOTICE that the parties have settled this action.

Dispositional documents will be filed within sixty (60) calendar days.

DATED: July 20, 2015

                                 **BARSHAY SANDERS, PLLC**

                                 By:/s Craig B. Sanders
                                 Craig B. Sanders, Esq.
                                 BARSHAY SANDERS, PLLC
                                 100 Garden City Plaza, Suite 500
                                 Garden City, New York 11530
                                 Tel: (516) 203-7600
                                 Fax: (516) 706-5055
                                 *csanders@BarshaySanders.com*
                                 *Attorneys for Plaintiff*
                                 Our File No.: 108801

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NY 11530