1 | **BARSHAY SANDERS, PLLC**
2 | Craig B. Sanders, Esq.
3 | 100 Garden City Plaza, Suite 500
  | Garden City, New York 11530
4 | Tel. (516) 203-7600
5 | Fax  (516) 706-5055
6 | Our File No: 108731
7 | *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Babette Miller, | Case No. 3:15-cv-00934-L-WVG |
| --- | --- |
| Plaintiff, | **STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))** |
| -against- | |
| ARS National Services, Inc., | Judge: James Lorenz |
| Defendant. | Magistrate: William V. Gallo |
| | Complaint Filed: 4/28/15 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that all claims asserted by Plaintiff against Defendant in the above-captioned action be voluntarily dismissed *with prejudice* pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each side to bear its own attorneys' fees and costs..

//

//

//

//

//

STIPULATED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

SO STIPULATED

Dated:       August 12, 2015        **BARSHAY SANDERS, PLLC**
/s  Craig B. Sanders
Craig B. Sanders, Esq.
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Fax  (516) 706-5055
Our File No: 108801
*Attorneys for Plaintiff*

Dated:       August 12, 2015        **FINEMAN, KREKSTEIN & HARRIS, P.C.**
/s Richard Perr
Richard Perr
BNY Mellon Center, 1735 Market Street, Suite 600
Philadelphia, Pennsylvania 19103
(215) 893-9300
*Attorneys for Defendant*

   I, Craig B. Sanders, am the filer of the foregoing Joint Motion, and hereby certify that pursuant to Section 2(f) of the Electronic Case Filing Administrative Policies and Procedures Manual, the contents of this document is acceptable to all persons required to sign the document, and that I have obtained authorization to file this document with all "s/" electronic signatures appearing within the foregoing document.

Dated:       August 12, 2015        **BARSHAY SANDERS, PLLC**

         /s  Craig B. Sanders
Craig B. Sanders, Esq.
*Attorneys for Plaintiff*